UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DIANE K HUNEMULLER, ) | |
| ) | CASE NO. C07-004 EJM |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security for further consideration pursuant to sentence four of 42 USC §405(g).

DATED: March 28, 2007

<u>Pridgen J. Watkins - Clerk</u>

<u>S/src</u>
By: Deputy Clerk